# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Drake A. Edwards,

        Plaintiff,  :    Case No. 3:08-cv-75

- vs -  :    District Judge Walter Herbert Rice
      Magistrate Judge Michael R. Merz

Dayton Veterans' Medical Center, et al.  :

        Defendants.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #20), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

December 31, 2008

Walter Herbert Rice
United States District Judge